**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 08-62076-CIV-ALTONAGA/Brown**

**WALTER GASTALDI**, *et al.*,

    Plaintiffs,

vs.

**SUNVEST COMMUNITIES USA, LLC,** a
Florida limited liability company; **E.W.**
**SUNVEST DEVELOPMENT, LLC,** a
Delaware limited liability company; and
**IMG ACADEMIES, LLP,** a Florida limited
Liability partnership, d/b/a IMGA,

    Defendants.
_____/

# Expert Report of Michael F. O'Rourke, CPA (Revised)

## November 13, 2009

This report is submitted by Michael F. O'Rourke, CPA. I have been engaged to provide expert testimony on behalf of the plaintiffs. This revised report supersedes the previously submitted report dated November 11, 2009. This report revises certain of the amounts in that report.

I am a partner in the accounting and consulting firm of Berenfeld, Spritzer, Shechter, & Sheer, LLP. I and my firm have done extensive work in the area of litigation support services, business valuation and other forensic services. My Curriculum Vitae including a list of the publications I authored in the last ten years and a list of the cases in which I have testified at trial or deposition in the last four years are presented in Appendix A and B. These documents more fully set forth my qualifications to serve as an expert witness in this case.

The opinions and conclusions expressed in this report are based on the documents we have reviewed and the procedures we have performed to date. I reserve the right to update this report when additional information becomes available or if additional procedures are performed. While these opinions are valid with respect to the information available today, more information may become available which may alter the opinions expressed herein.

In this report, I provide a calculation of the losses the Trial Group Plaintiffs have incurred as a result of purchasing a unit in what was to become the Orlando Cay Club Resort and Academy.

Expert Report of Michael F. O'Rourke, CPA
November 13, 2009
Page 2 of 3

## Introduction and Factual Background

Plaintiffs collectively purchased units in the Eaglewood Apartment complex in Orlando by Defendants' direct and indirect representations that they each were partners, co-developers and otherwise participating in the conversion and development project, and that the individual units being purchased would be renovated into high-end luxury condominiums that will be part of a five-star resort community and state-of-the-art IMG Academies sports training facility and complex to be called the Orlando Cay Clubs Resort and Academy. Plaintiffs paid in full for the purchase of a unit financing a significant portion of the purchase price. According to the information I received, the project was not developed into the promised Orlando Cay Clubs Resort and Academy, leaving Plaintiffs with property worth substantially less than the purchase price, and large financial obligations.

Based on a review of the Second Amended Complaint (First Trial Group), Plaintiffs have sued Defendants for violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUPTA"). The damages calculation for each Plaintiff in the Trial Group is based on the measure of damages as described below.

## Data or Other Information Considered

- Amended Complaint
- Second Amended Complaint (First Trial Group)
- HUD-1 Settlement Statements
- Line of Credit Settlement Statements
- Loan documents
- Mortgage records
- Loan Activity or Mortgage Statements
- Escrow Disclosure Statements
- Payment records
- Orlando Academy Cay Club Condominium Association Fees Statements
- Orange County Real Estate Notice of Ad Valorem and Non-Ad Valorem Assessments
- Appraisal reports
- Rebuttal Expert Report of Louis G. Dudney, CPA

## Opinion

In my opinion, each Plaintiff's damages should be calculated as follows.

As shown in Exhibit 1, attached to this report, I have calculated each Plaintiff's FDUPTA violation damages as the difference in the market value of the unit in the condition in which it was delivered and its market value in the condition in which it should have been delivered according to the representations in the marketing and sales materials. See *Stires v. Carnival Corp., 2003 WL 21356781 (M.D. Fla.)*. The condition the unit should have been delivered in is a luxury condominium within a 5 star resort with world class amenities and IMG Academies sports training facility and complex. The market value in

Expert Report of Michael F. O'Rourke, CPA
November 13, 2009
Page 3 of 3

the condition in which it should have been delivered was calculated by adding the purchase price and mandatory club membership fee paid at closing. The market value of the unit in the condition it was delivered was based on the current appraised market value reported by Greater Orlando Appraisal Association, Inc. adjusted to account for the market decline reported by Louis G. Dudney, CPA.

As shown in Exhibit 1, attached to this report, I have calculated FDUPTA damages on the date of closing by subtracting the total market value of the unit in the condition delivered from the total market value in the condition in which it should have been delivered. Collectively, the total damage under the FDUPTA claims for all Plaintiffs in the Trial Group is [$8,323,987 less $2,197,402] which equals $ 6,126,585.

**Compensation for Testimony**

Compensation for my work on this case and for the testimony I will give is based upon the various services rendered and the level of skill and responsibility required for the services. Time charges are made at the standard hourly billing rates of the individuals providing services in this matter plus out of pocket expenses. The billing rate for my time is $400 per hour.

As indicated above, upon receipt of additional discovery in this case, when other data or information becomes available subsequent to the date of this report, the contents of such subsequent discovery will warrant modification of the conclusions reached herein.

Respectfully Submitted,

*[signature]*

Michael F. O'Rourke, CPA

# Appendix A

## MICHAEL F. O'ROURKE, CPA, CVA, ABV

## CURRICULUM VITAE

### SUMMARY OF EXPERIENCE

Mr. O'Rourke has worked on a range of commercial litigation cases involving shareholder/partner dissolutions, accountant and attorney malpractices, financial reporting, lost profits and damages in many industries as well as personal injury/wrongful death and marital dissolutions. With more than 25 years of experience providing management consulting services in the area of litigation support, he has extensive experience in bankruptcy and insolvency including creditors' rights as well as financial analysis in a consultative role related to general corporate and civil litigation. Mr. O'Rourke has been recognized as an expert in State Courts in Broward and Dade Counties, Federal District Court and Federal Bankruptcy Court.

In addition to commercial litigation support services, Mr. O'Rourke is accredited in business valuation. Valuation assignments include purchase/sale appraisals, business and stock valuations, merger and acquisition appraisals, eminent domain business valuation/damage appraisals, marital dissolution appraisals and appraisal reviews. Mr. O'Rourke has performed business and stock appraisals in the following industries: accounting, agricultural products, apparel, automotive dealerships, brokerage, distribution, fast food, food service, health care, insurance, internet providers, leasing, manufacturing, medical practices, printing, publishing, real estate holding companies, restaurant, retail grocery stories, retail chains, telecommunication and wholesale.

### EDUCATION

- Herbert H. Lehman College - New York
    Bachelor of Science in Accounting 1979

### PROFESSIONAL DESIGNATIONS & MEMBERSHIPS

- Certified Public Accountant
    State of New York (1981)
    State of Florida (1990)
- American Institute of Certified Public Accountants – Member
    Accredited in Business Valuation (ABV)
- Florida Institute of Certified Public Accountants – Member
    Accounting Principles and Auditing Standards Committee (1990-1995)
    Chairman (1994-1995)
    Member, Board of Directors, Miami–Downtown Chapter (1993-1995, 2000-2008)
    President, Miami – Downtown Chapter (2004-2005)

- National Institute of Certified Valuation Analysts
    Certified Valuation Analyst (CVA)
- Association of Certified Fraud Examiners
- American Society of Appraisers
- Institute of Business Appraisers
- New York State Society of Certified Public Accountants (1980 to Present)
    Accounting Standards Committee (1986-1990)
- Broward County Bar Association – Associate Member
- American Bankruptcy Institute
- Commercial Law League of America
- American Association of Insolvency and Restructuring Advisors

## BUSINESS MEMBERSHIPS & ACCOMPLISHMENTS

- Tower Forum
    Board of Directors (2005-Present)
    President (2007-2008)
- Haitian Neighborhood Center, Sant La
    Board (2000-2004, 2008-Present)
    Treasurer (2000-2004 and 2008 to Present)
- American Lung Association of South Florida
    South Area Advisory Board (2007–Present)
    Planned Giving Advisory Board (2004–2007)
- Planned Giving Council of Broward County
    Board of Directors (1998-2000, 2004-2007)
    Treasurer (2006-2007)
    Leave a Legacy Committee Founding Member
- Estate Planning Council – Miami (1996-2000)
- Las Olas Roundtable – Founding Member
    Board of Directors (2004-2006)
- Broward Alliance – Business Development and Retention Subcommittee, 2005-2006
- Central America USA Chamber of Commerce, Board 2005-2007

## PUBLISHED ARTICLES

- Smart Business Broward/Palm Beach, April 2008
    "Plan for the Future"
- Smart Business Broward/Palm Beach, February 2007
    "Valuing your Company"
- Florida CPA Today, March 1994
    "The Crucial Decision: Client Continuation"
- Florida CPA Today, October 1991
    "Implications of SFAS 106 – Post Employment Benefits Other Than Pensions"

## LECTURES & PRESENTATIONS

- Beta Alpha Psi Group, June 2009
    FASB 141R: Business Combinations
- Transition Planning for Business Owners, January 2008
    Business Development Board of Palm Beach County
- The Nuts and Bolts of Starting a Law Practice, November 2007
    CLE Presentation, Broward County Bar Association, Young Lawyers Division
- Introduction to AICPA Statement on Standards for Valuation Services, "Valuing a Business, Business Ownership Interest, Security or Intangible Asset", September 2007 CPE Presentation, FICPA Dade County Chapter
- CPAs as Expert Witnesses, June 2007
    CLE Presentation, Florida Bar Committee on Relations with CPAS
- Strategic Planning for the Sale of Your Business, April 2007
    Business owners in the Fort Lauderdale Community
- Valuation of and Damages related to Intellectual Property, May 2007
    CLE Presentation, Broward County Bar Association Technology Conference
- Accounting for Attorneys, November 2006
    CLE Presentation, Ruden McClosky in-House CLE
- FIU Masters of Business Administration in Taxation
    Estate and wealth Transfer Course, June 2005 Guest Lecturer
    "Business valuation Basics"
- FICPA, Broward County Chapter, April 2005
    "Professional Standards in the Litigation Support and Business Valuation Arena"
- Broward County Trial Lawyers Association, April 2005
    "Business Damages in Personal Injury Cases"
- Tatum Partners, July 2003
    "FASB 150 Update"
- Barren Silver Stevens Financial Advisors, June 2003
    "History of Accounting Since You Took the CPA Exam"
- FIU Accounting Society, October 2001
    "The Need for Audit Committees"
- FICPA Dade County Chapter, April 2003
    "Plan Your Corporate Divorce"
- FICPA Dade County Chapter, April 2002
    "Enron, The Profession and You"
- Alpha Kappa Psi, June 2001
    "Securities Fraud Via the Internet"
- FICPA, Broward County Chapter, April 2001
    "Accounting for Auditing Derivatives"
- Alpha Kappa Psi, June 2000
    "COSO Update"

- Lorman Seminars, June 2000
    "Understanding Business Valuations, Just the Basics in Florida"
- American Society of Women Accountants
    "Annual CPE Conference, 1994 and 1996
- FICPA, Chapter Continuing Professional Education Seminars, 1991-1995
- FICPA Southeast Regional Accounting Show, Orlando, Florida 1995
    "Auditing Standards Update"
- University of Miami Accounting and Auditing Conference, 1993
    "Compilation and Review Standards
- Cuban American Society of Certified Public Accountants
    Business Valuations and other topics
- CPA Club of Greater Miami
    Annual CE Conference and Monthly Chapter Meetings
    Guest Speaker on various topics

# Appendix B

## Michael F. O'Rourke
### Summary of Expert Witness Testimony
Past Years to Current: 9/10/05 to 9/10/09

| Case | Court | Case Type | Attorney |
|---|---|---|---|
| William, Austin v. Miami Gardens Acquisition, LLC [Plaintiff] [07/17/09] | 11th Judicial Circuit Court of FL 0719325CA15 | Personal Injury | Gabrielle Lynn D'Alemberte Coral Gables, FL |
| Pressman, Stuart v. Bulgrin, Wendy [Respondent] [04/14/09] | 17th Judicial Circuit Court of FL 06-008172 | Family Dispute Resolution | Michael Gilden, Esq. Ft. Lauderdale, FL |
| CIMA Capital v. PH Cellular, Inc. [Defendant] [02/23/09] | 11th Judicial Circuit Court of FL 08-6681CA08 | Business Damages | Deborah Jofre, Esq Miami, FL |
| John I. Allgaier v. Richard G. Livernois, M.D et.al [Defendant] [01/27/09] | 13th Judicial Circuit Court of FL 02-10593/04-04321 | Business Damages | Frederick E. Hasty, III Miami, FL |
| US v Wetherald, Timothy [Defendant] [11/17/08] | US District Court - So. District of FL 06-80199-CR-MARRA | Fraud Investigation | David Joffe, Esq. Ft. Lauderdale, FL |
| Hertz vs. Groman [Defendant] [07/16/08] | 17th Judicial Circit Court of FL CACE04017621 | Business Damages | Mark Schecter, Esq. Ft. Lauderdale, FL |
| Microsoft Corp. v. Big Boy Distribution, et al. [Defendant] [05/01/08] | US District Court -Southern District of Florida 07-80296-CIV | Business Damages | Timothy P. O'Neil, Esq. North Palm Beach, FL |
| Waterford v. Gutentag [Plaintiff] [03/11/08] | US District Court for Southern District of Florida 07-60763-CIV-COHN/SNOW | Business Damages | Morrie Levine Esq. Hollywood, FL |
| Faswag, LLC v. Castle Beach Club Association [Defendant] [03/10/08] | 11th Judicial Circuit Court of F 03-19140 CA 40 | Business Damages | Paul D. Breitner, Esq. Miami, FL |
| Complete Home Health Care, Inc. v. Elizabeth Berkowitz [Plaintiff] [03/07/08] | 15th Judicial Circuit Court of FL 50 2006 CA 001969 MB AJ | Business Damages | Jon L. Swergold, Esq. Ft Lauderdale, FL |
| Montero, David v. Montero, Gloria [Neutral] [01/24/08] | 11th Judicial Circuit Court of FL 04-28552-FC-04 | Family Dispute Resolution | Sheldon R. Rosenthal, Esq. Miami, FL |
| WM Townhomes v. Accurate Land Surveyors, Inc. [Plaintiff] [01/18/08] | 17th Judicial Circuit Court of FL CACE05018090 | Malpractice | Robert A. Stok, Esq. Aventura, FL |
| United States of America v. Beverly Kay Gray [Defendant] [01/08/08] | United States District Court Middle District of Florida, Fort Meyers Division 2-066-cr-00088-JES-SPC | Fraud Investigation | David Joffe, Esq Ft. Lauderdale, FL |
| Bronstein,Jan v. Valubuild Homes, et al [Defendant] [11/26/07] | US District Court - So. District of FL 06-80656-CIV-RUSKAM/VITUNAC | Business Damages | Bruce Katzen, Esq. Miami, FL |
| Furmanite A., Inc. v.T.D. Williamson, et al [Plaintiff] [12/06/06] | US District Court - Mid. District of FL 6:06-CV-641-ORL-JGG | Business Damages | Thomas K. Gallagher, Esq. Ft. Lauderdale, FL |

## Michael F. O'Rourke
### Summary of Expert Witness Testimony
Past Years to Current: 9/10/05 to 9/10/09

| Case | Court | Case Type | Attorney |
|---|---|---|---|
| Valdes, Ernesto v. Lifemark Hospitals Inc. [Plaintiff] [05/01/06] | 11th Judicial Circuit Court of FL 01-19521-CA-10 | Contract Dispute | Michael P. Peterson, Esq. S. Miami, FL |
| Industrial Fruit v. Tampa Cargo [Plaintiff] [02/06/06] | US District Court - So. District of FL 05-20996-CIV-GRAHAM | Business Damages | Todd I. Stone, Esq. Ft. Lauderdale, FL |
| Fixel v. Rosenthal [Defendant] [11/01/05] | 11th Judicial Circuit Court of FL 13-2000-CA-026279-0000-01 | Business Damages | Alan K. Fertel, Esq. Miami, FL |
| Lipton v. Intercept and Moyer [Plaintiff] [10/06/05] | US District Court - So. District of FL 03-62040-CIV-MARRA | Business Damages | Andrew T. Lavin, Esq. Ft. Lauderdale, FL |

Case 0:08-cv-62076-CMA   Document 192-2   Entered on FLSD Docket 11/25/2009   Page 12 of 13

Exhibit 1

| Unit | Owner | Purchase Price | Initial Membership Fee | Date Of Closing Market Value In The Condition In Which It Should Have Been Delivered - Total | Current Appraised Value (CAV) | Date Of Closing Percent Of Orlando Condo Market Decline (%OCMD) | Date Of Closing Market Value Of The Unit In The Condition It Was Delivered - Total | Damages |
|---|---|---|---|---|---|---|---|---|
| Unit 4115 | Neil | $ 338,000 | $ 20,000 | $ 358,000 | $ 32,000 | 66.9% | $ 96,677 | $ 261,323 |
| Unit 4236 | Copland/Hill | 306,976 | 20,000 | 326,976 | 24,000 | 67.5% | 73,846 | 253,130 |
| Unit 4322 | Bakshi | 343,400 | 20,000 | 363,400 | 32,000 | 66.5% | 95,522 | 267,878 |
| Unit 4514 | Schroeder | 289,000 | 20,000 | 309,000 | 24,000 | 66.5% | 71,642 | 237,358 |
| Unit 4711 | Gonzales | 443,721 | - | 443,721 | 50,000 | 66.0% | 147,059 | 296,662 |
| Unit 4824 | Wooldridge | 412,734 | 20,000 | 432,734 | 40,000 | 66.5% | 119,403 | 313,331 |
| Unit 4835 | Chan | 343,546 | 20,000 | 363,546 | 32,000 | 69.1% | 103,560 | 259,986 |
| Unit 4913 | French | 432,400 | 20,000 | 452,400 | 33,000 | 66.5% | 98,507 | 353,893 |
| Unit 4916 | Galante | 432,316 | 20,000 | 452,316 | 32,000 | 69.1% | 103,560 | 348,757 |
| Unit 4923 | Kooyman, Ron and Elaine | 468,308 | 20,000 | 488,308 | 35,000 | 69.0% | 112,903 | 375,405 |
| Unit 5036 | Colburn | 311,600 | 20,000 | 331,600 | 24,000 | 66.8% | 72,289 | 259,311 |
| Unit 5038 | Mejia | 344,076 | 20,000 | 364,076 | 27,000 | 69.1% | 87,379 | 276,697 |
| Unit 5111 | McMahon | 429,904 | 20,000 | 449,904 | 50,000 | 69.2% | 162,338 | 287,566 |
| Unit 5125 | Palmer | 354,146 | 20,000 | 374,146 | 32,000 | 69.2% | 103,896 | 270,250 |
| Unit 5137 | Konrath | 423,500 | 20,000 | 443,500 | 40,000 | 66.9% | 120,846 | 322,654 |
| Unit 5138 | Kooyman, Mark and Emi | 473,608 | 20,000 | 493,608 | 53,000 | 69.0% | 170,968 | 322,640 |
| Unit 5222 | Nguyen/Tran | 343,335 | 20,000 | 363,335 | 32,000 | 69.1% | 103,560 | 259,775 |
| Unit 5233 | Semi | 350,000 | 20,000 | 370,000 | 27,000 | 66.5% | 80,597 | 289,403 |
| Unit 5327 | Kleiber | 422,516 | 20,000 | 442,516 | 40,000 | 68.4% | 126,582 | 315,934 |
| Unit 5411 | Armstrong | 300,900 | 20,000 | 320,900 | 22,000 | 66.5% | 65,672 | 255,228 |
| Unit 5433 | Schroeder | 360,000 | 20,000 | 380,000 | 27,000 | 66.5% | 80,597 | 299,403 |
| TOTAL | | $ 7,923,987 | $ 400,000 | $ 8,323,987 | $ 708,000 | | $ 2,197,402 | $ 6,126,585 |

[1] See Rebuttal Expert Report of Louis G. Dudney, CPA October 30, 2009 page 10 Table 3

[2] $\dfrac{CAV}{(1-\%OCMD)}$